James K. Schultz, Esq. (SBN 309945)
Debbie P. Kirkpatrick, Esq. (SBN 207112)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:   619/296-2013
jschultz@sessions.legal
dkirkpatrick@sessions.legal

Attorneys for Plaintiff Viva Naturals, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVA NATURALS, INC., | ) Case No. 2:20-cv-03107 RGK-AFM |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) **VIVA NATURALS, INC.'S** |
| | ) **MOTION FOR ENTRY OF** |
| | ) **DEFAULT AS TO DEFENDANT** |
| LIEF ORGANICS, LLC, | ) **LIEF ORGANICS, LLC** |
| | ) **PURSUANT TO FED. R CIV. P.** |
| Defendant. | ) **55** |
| | ) |

Plaintiff, Viva Naturals, Inc., through undersigned counsel and pursuant to Fed. R. Civ. P. 55(a), hereby moves for entry of default against defendant Lief Organics, LLC.  In support thereof, plaintiff states as follows:

1.     Plaintiff Viva Naturals, Inc. commenced this action arising from a commercial dispute on April 2, 2020.  *ECF 1.*

2.     On June 15, 2020, plaintiff filed an amended complaint.  *ECF 9.*

3.     On June 17, 2020, Summons was issued.  *ECF 11.*

4.      Thereafter, plaintiff arranged for service of process of the amended complaint on defendant through One Legal. *See Declaration of James K. Schultz attached as Ex. 1, ¶ 5.*

5.      On June 22, 2020, at 4:41 p.m., defendant was served at its office located at 28903 Avenue Paine in Valencia, California 91355 by Christopher Cisneros of One Legal, Registration No.: 2019300415.  The proof of service confirming service of process was filed on July 13, 2020. *ECF 12; see also Ex. 1, ¶ 6.*

6.      Defendant was required to answer or otherwise plead by July 13, 2020. *Id.*

7.      To date, defendant has failed to answer or otherwise plead.  No attorney has appeared for defendant.  Moreover, defendant has not contacted undersigned counsel to request an extension of an answer deadline. *See Ex. 1, ¶ 7.*

8.      Pursuant to Federal Rule of Civil Procedure 55(a), "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

9.      Here as shown by the docket, defendant was served, defendant has failed to timely appear and has failed to defend this action.  More, the declaration

attached as Exhibit 1 confirms that defendant was served and has failed to appear and defend.

      10.    Defendant is therefore in default, and default should be entered by the clerk.

      WHEREFORE, based on the foregoing and the attached declaration, this motion should be granted and a default should be entered against defendant Lief Organics, LLC.

Dated: July 16, 2020        SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                    */s/James K. Schultz*
                    James K. Schultz
                    Debbie P. Kirkpatrick
                    Attorney for Plaintiff Viva Naturals, Inc.