NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Viva Naturals, Inc., <br><br>   Plaintiffs, <br><br> v. <br><br> Lief Organics, L.L.C., <br><br>   Defendants. | Case No. 2:20-cv-03107-RGK-AFM <br><br> [~~PROPOSED~~] ORDER GRANTING JOINT MOTION TO SET ASIDE ENTRY OF DEFAULT |

Having considered the parties' joint motion for an Order setting aside the Clerk's entry of default against Defendant Lief Organics, LLC, and good cause appearing, the joint motion is **GRANTED**.

Defendant Lief Organics, LLC shall respond to Plaintiff Viva Naturals, Inc.'s First Amended Complaint no later than ~~August 25, 2020~~ **August 17, 2020**.

**IT IS SO ORDERED.**

Dated: August 10, 2020

*/s/ Gary Klausner*
Hon. R. Gary Klausner
United States District Judge

-1-   Case No. 2:20-cv-03107-RGK-AFM
[PROPOSED] ORDER GRANTING JOINT MOTION TO SET ASIDE ENTRY OF DEFAULT