# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 2:20-cv-03107-RGK-AFMx | Date | December 9, 2020 |
|---|---|---|---|
| Title | Viva Naturals, Inc. v. Lief Organics, LLC | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Joseph Remigio | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS) ORDER RE SCHEDULING CONFERENCE**

The Court sets the following dates:

| | |
|---|---|
| Jury Trial (est. 3 days): | August 24, 2021 at 9:00 a.m. |
| Pretrial Conference: | August 9, 2021 at 9:00 a.m. |
| Motion Cut-Off Date (last day to file): | June 10, 2021 |
| Discovery Cut-Off Date: | May 27, 2021 |

Last day to amend the complaint or add parties is January 10, 2021.  The parties shall participate in ADR Settlement Procedure No. 2.

**IT IS SO ORDERED.**

                                                                                          :

                                                      Initials of Preparer    jre