# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVA NATURALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> LIEF ORGANICS, LLC, <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIM | Case No. 2:20-cv-03107-RGK-AFM <br><br> **[Proposed] ORDER GRANTING STIPULATION TO EXTEND CASE DEADLINES** <br><br> Complaint Filed:  April 2, 2020 <br><br> Judge:         Hon. R. Gary Klausner <br> Magistrate:  Hon. Alexander F. MacKinnon <br><br> Trial Date:    August 24, 2021 |

This matter comes before the Court on the parties' Stipulation to Extend Case Deadlines.  As set forth in the Stipulation, the parties have been actively pursuing a potential settlement of their claims but require additional time to work towards a

-1-    Case No. 2:20-cv-03107-RGK-AFM
ORDER GRANTING STIPULATION TO CONTINUE CASE DEADLINES

settlement and complete discovery in the event they are unable to settle the matter. Having considered the parties' Stipulation and supporting Declaration of James K. Schultz and good cause appearing therefor:

The Court GRANTS the parties' Stipulation and ORDERS the following amendments to the December 9, 2020 Order re Scheduling Conference ("Scheduling Order") and December 9, 2020 Order/Referral to ADR ("ADR Order"):

| Deadline/Event | Current Date | Proposed Date |
| --- | --- | --- |
| Discovery Cut-Off | May 27, 2021 | August 27, 2021 |
| Motion Cut-Off (last day to file) | June 10, 2021 | September 9, 2021 |
| Deadline to Complete ADR Proc. No. 2 | June 18, 2021 | September 17, 2021 |
| Pretrial Conference | August 9, 2021 at 9:00 a.m. | TBD, but after November 8, 2021 |
| Jury Trial (est. 3 days) | August 24, 2021 at 9:00 a.m. | TBD, but after November 30, 2021 |

IT IS SO ORDERED.

Dated: _____   _____
THE HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE