James K. Schultz, Esq. (SBN 309945)
Debbie P. Kirkpatrick, Esq. (SBN 207112)
SESSIONS, ISRAEL & SHARTLE, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:  877/334-0661
jschultz@sessions.legal
dkirkpatrick@sessions.legal

Attorneys for Plaintiff Viva Naturals, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVA NATURALS, INC., <br><br> Plaintiff <br><br> vs. <br><br> LIEF ORGANICS, LLC, <br><br> Defendant <br> _____ | Case No. 2:20-CV-03107-RGK-AFM <br><br> **NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT** <br><br> Hearing Date:  July 12, 2021 <br> Hearing Time:  9:00 a.m. <br><br> Final Pretrial Conf.:  August 9, 2021 <br> Trial Date:  August 24, 2021 <br><br> [Concurrently filed with: (1) Memorandum of Points and Authorities (2) Separate Statement of Uncontroverted Facts and Conclusions of Law; (3) Declaration of James Schultz; and (4) Proposed Judgment] |

TO DEFENDANT AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on Tuesday, July 12, 2021 at 9:00 a.m. or as soon thereafter as the matter may be heard before the Honorable R. Gary Klausner, United States District Judge presiding, in Courtroom 850 of the above-entitled Court, located at Roybal Federal Building and U.S. Courthouse, 255 East Temple Street, Los Angeles, California, Viva Naturals, Inc. ("Plaintiff") will and hereby does move for summary judgment in favor of Plaintiff and against Defendant.

Pursuant to Federal Rule of Civil Procedure 56, and for the reasons outlined in this Motion and the supporting documents filed contemporaneously with this Motion, Plaintiff respectfully moves this Court for entry of judgment ordering that:

(a) Defendant pay Plaintiff $309,384 for breach of contract, breach of express and implied warranty, and negligence;

(b) Defendant's Counterclaim be dismissed with prejudice;

(c) Defendant pay pre and post judgment interest at the maximum allowable rate on any amounts awarded; and

(d) Any and all further relief as the Court deems necessary, just and proper.

This motion is supported by the Statement of Uncontroverted Facts and Conclusions of Law, the Declaration of James K. Schultz filed concurrently with

exhibits, the pleadings on file in this action, and any such other evidence and argument as may be adduced at the hearing on this matter. Pursuant to Local Rule 7-3, this Motion is made following the conferences of counsel which took place telephonically on May 28 and June 3, 2021.

Respectfully submitted,

Dated: June 10, 2021

SESSIONS, ISRAEL & SHARTLE, L.L.P.

*/s/James K. Schultz*
James K. Schultz
Debbie P. Kirkpatrick
Attorneys for Plaintiff Viva Naturals, Inc.