UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVA NATURALS, INC., | ) Case No. 2:20-CV-03107-RGK-AFM |
| Plaintiff | ) **[PROPOSED] ORDER ENTERING** |
| | ) **JUDGMENT IN FAVOR OF** |
| vs. | ) **PLAINTIFF** |
| LIEF ORGANICS, LLC, | ) Hearing Date: July 12, 2021 |
| | ) Hearing Time: 9:00 a.m. |
| Defendant | ) |
| | ) Final Pretrial Conf.: August 9, 2021 |
| | ) Trial Date: August 24, 2021 |
| | ) |
| | ) [Concurrently filed with: |
| | ) (1) Notice of Motion (2) Memorandum |
| | ) of Points and Authorities; (3) Separate |
| | ) Statement of Uncontroverted Facts and |
| | ) Conclusions of Law; and (4) |
| | ) Declaration of James Schultz |
| _____ ) | |

1.      For the reasons set forth in the Court's Order regarding the Motion for Summary Judgment of the Plaintiff, Viva Naturals, Inc., judgment in favor of the Plaintiff and against the Defendant is entered in the amount of $309,384, plus pre and post judgment interest at the maximum allowable rate.

2.      The Defendant's Counterclaim is hereby dismissed with prejudice.

**IT IS SO ORDERED**.


Dated: _____, 2021

_____
Hon. R. Gary Klausner
U.S. District Court Judge