Kyle Kveton, Esq. (SBN 110805)
Robie & Matthai, APC
350 S. Grand Avenue, Suite 3950
Los Angeles, California 90071
Telephone: (213) 706-8000
E-mail: kkveton@romalaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVA NATURALS, INC.<br><br>v.<br>Plaintiff(s)<br><br>LIEF ORGANICS, LLC<br><br>Defendant(s). | CASE NUMBER<br>2:20-CV-03107-RGK-AFM<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Bell, Kevin M.
*Applicant's Name (Last Name, First Name & Middle Initial)*

202-677-4030
*Telephone Number*   *Fax Number*

Kevin.Bell@agg.com
*E-Mail Address*

of  Arnall Golden Gregory LLP
1775 Pennsylvania Ave. NW, Suite 1000
Washington, DC 20006

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Defendant Lief Organics, LLC

*Name(s) of Party(ies) Represent*   ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other:

**and designating as Local Counsel**

Kveton, Kyle
*Designee's Name (Last Name, First Name & Middle Initial)*

110805            213-706-8000        213-706-8000
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

kkveton@romalaw.com
*E-Mail Address*

of  Robie & Matthai
350 S. Grand Avenue, Suite 3950
Los Angeles, CA 90071

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated: _____

_____
**U.S. District Judge/U.S. Magistrate Judge**