James K. Schultz, Esq. (SBN 309945)
Debbie P. Kirkpatrick, Esq. (SBN 207112)
SESSIONS, ISRAEL & SHARTLE, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:   619/296-2013
jschultz@sessions.legal
dkirkpatrick@sessions.legal

Attorneys for Plaintiff Viva Naturals, Inc.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| VIVA NATURALS, INC., | ) Case No. 2:20-CV-03107-RGK-AFM |
|---|---|
| Plaintiff | ) **[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)** |
| vs. | |
| LIEF ORGANICS, LLC, | ) Hon. R. Gary Klausner |
| Defendant | ) Pretrial Conference: August 9, 2021<br>) Trial Date: August 24, 2021 |

("PROPOSED" is struck through in the title.)

UPON NOTICE that all claims and counterclaims in this matter have settled, and the parties having filed a stipulation of dismissal, it is HEREBY ORDERED that:

1

1. this action is dismissed pursuant to Federal Rule of Civil Procedure 41(a), with prejudice and with each side to bear its own attorney fees and costs.

**IT IS SO ORDERED.**

Dated: August 9, 2021

_____
Hon. R. Gary Klausner
U.S. District Court Judge